| Fill in this information to identify your case: |  |
|---|---|
| United States Bankruptcy Court for the:<br>NORTHERN DISTRICT OF ILLINOIS | |
| Case number *(if known)* _____ | Chapter you are filing under:<br>■ Chapter 7<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13     ☐ Check if this an amended filing |

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy         12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  STR Material, Inc

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)   26-4326903

4. **Debtor's address**

   **Principal place of business**

   410 Rathbone
   Aurora, IL 60506
   Number, Street, City, State & ZIP Code

   Kane
   County

   **Mailing address, if different from principal place of business**

   225 Willington Way
   Oswego, IL 60543
   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)  _____

6. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership
   ☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.

_____

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship to you |
|---|---|---|
| District | When | Case number, if known |

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:* |
| | | ☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

**13.** **Debtor's estimation of available funds**   *Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☒ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☒ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☒ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

|   | **Request for Relief, Declaration, and Signature** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December  6, 2015**
                MM / DD / YYYY

X **/s/ Gerald Struve**                                     **Gerald Struve**
Signature of authorized representative of debtor            Printed name

Title    **President**

**18. Signature of attorney**

X **/s/ Joseph Wrobel**                                     Date **December  6, 2015**
Signature of attorney for debtor                            MM / DD / YYYY

**Joseph Wrobel**
Printed name

**Joseph Wrobel, Ltd.**
Firm name

**#206**
**1954 First Street**
**Highland Park, IL 60035**
Number, Street, City, State & ZIP Code

Contact phone   **312.781.0996**        Email address  **josephwrobel@chicagobankruptcy.com**

**3078256**
Bar number and State

| | Request for Relief, Declaration, and Signature |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 6, 2015**
MM / DD / YYYY

X  **/s/ Gerald Struve**
Signature of authorized representative of debtor

**Gerald Struve**
Printed name

Title   **President**

**18. Signature of attorney**

X  **/s/ Joseph Wrobel**
Signature of attorney for debtor

Date  **December 6, 2015**
MM / DD / YYYY

**Joseph Wrobel**
Printed name

**Joseph Wrobel, Ltd.**
Firm name

**#206
1954 First Street
Highland Park, IL 60035**
Number, Street, City, State & ZIP Code

Contact phone  **312.781.0996**      Email address  **josephwrobel@chicagobankruptcy.com**

**3078256**
Bar number and State

Acme Industrial Technologies
1100N. Villa Avenue
Villa Park, IL 60181

AT&T
POB 5080
Carol Stream, IL 60197-5080

AT&T Tech 360

AT&T Uverse
PO Box 5014
Carol Stream, IL 60197-5014

Aurora Area Express
1036 Fifth Avenue
Aurora, IL 60505

Bank of America
POB 45224
Jacksonville, FL 32232-5224

Becher Plastics
PO Box 361
Appleton, WI 54912

Blades Machinery
750 Nichols Blvd
Elk Grove Village, IL 60007

Chase
POB 659754
San Antonio, TX 78265

Chase
PO Box 15298
Wilmington, DE 19850-5298

Chase
PO Box 9001022
Louisville, KY 40290-1022

```
City of Aurora
PO Box 2697
Aurora, IL 60507-2697


Clean Tech LLC
500 Dunham Street
Dundee, MI 48131-1159


Command Transportation
7500 Frontage Road
Skokie, IL 60077


Commonwealth Edison
PO Box 6111
Carol Stream, IL 60197


Coyote Logistics
PO Box 742636
Atlanta, GA 30374-2636


D & M Recycling
841 Second Ave S.W.
Onalaska, WI 54650


Diversified Capial Credit
dba Waste Funding
4430 Wade Green Street Ste 180-163
Kennesaw, GA 30144


Diversified Capital Credit
PO Box 71450
Saint Louis, MO 63179


Diversified Capital Credit
dba Waste Funding
1310 Madrid Street
Marshall, MN 56258


EMC Insurance
PO Box 219225
Kansas City, MO 64121-9225


Express Logistics
PO Box 628
Waukee, IA 50263
```

```
Focus Material
3857 Swanson Court
Gurnee, IL 60031


Fox Metro Water Reclamation Distric
682 State Route 31
Oswego, IL 60543-8500


Fox Valley Fire & Safety
2730 Pinnacle Dr
Elgin, IL 60124


Gerald Struve
225 Willington Way
Oswego, IL 60543


Groot Industries
PO Box 309
Elk Grove Village, IL


Hendricks Commercial Properties
525 Third Street  Ste 300
Beloit, WI 53511


Hendricks Commercial Properties
525 Third Street
Suite 300
Beloit, WI 53511


Hicks Gas
PO Box 577
Cortland, IL 60112


K. Hoving Recycling
2351 Powls Road
West Chicago, IL 60185


L & P Wire Tie
PO Box 952092
Saint Louis, MO 63195-2092


Midway Industrial Equipment
660 Heartland Drive
Sugar Grove, IL 60554
```

NCM Sales
11101 Four Seasons
Rockford, MI 49341


Newco Fiber Inc
665 W. Jackson Street
Woodstock, IL 60098


Nicor Gas
PO Box 5407
Carol Stream, IL 60197-5407


Nolan Transportation
75 Remittance Drive
Dept 3132
Chicago, IL 60675-3132


Optimal EPC
1063 Sandstone Court
Aurora, IL 60502


Plastic Scrap Recovery
732 First Street
La Salle, IL 61301


Polybay Corporation
PO Box 9198
Aurora, IL 60598


Southern Lakes Recycle
220 S. Broad Street
Elkhorn, WI 53121


Thomas Pallets Rebuilders
5238 Baseline Road
Montgomery, IL 60538


Uline
PO Box 88741
Chicago, IL 60680-1741


US Scrap Management
2315 82nd Street
1st Floor
Brooklyn, NY 11214

```
Velux America
3565 Butterfield Road
Suite 131
Aurora, IL 60502


Waste Management
PO Box 42390
Phoenix, AZ 85080
```

# United States Bankruptcy Court
## Northern District of Illinois

In re  **STR Material, Inc**  
Debtor(s)

Case No.  
Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **STR Material, Inc** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 6, 2015**  
Date

**/s/ Joseph Wrobel**  
**Joseph Wrobel 3078256**  
Signature of Attorney or Litigant  
Counsel for **STR Material, Inc**  
**Joseph Wrobel, Ltd.**  
**#206**  
**1954 First Street**  
**Highland Park, IL 60035**  
**312.781.0996 Fax:312.962.4941**  
**josephwrobel@chicagobankruptcy.com**