# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: STR MATERIAL, INC  §  Case No. 15-41284
§
§
Debtor(s)  §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 07, 2015. The undersigned trustee was appointed on December 07, 2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of           $          36,094.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 6,071.11 |
| Administrative expenses | 1,609.80 |
| Bank service fees | 569.60 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 27,843.49 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 05/02/2016 and the deadline for filing governmental claims was 06/06/2016.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,359.40.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $4,359.40, for a total compensation of $4,359.40.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/22/2017            By: /s/THOMAS E. SPRINGER, TRUSTEE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-41284

**Case Name:** STR MATERIAL, INC

**Period Ending:** 12/22/17

**Trustee:** (330640)  THOMAS E. SPRINGER, TRUSTEE

**Filed (f) or Converted (c):** 12/07/15 (f)

**§341(a) Meeting Date:** 01/04/16

**Claims Bar Date:** 05/02/16

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Last 4 digits of Acc#:6650 Chase | 8,591.03 | 0.00 | | 0.00 | FA |
| 2 | Savings Last 4 digits of Acc#: 5917 Chase | 976.25 | 0.00 | | 0.00 | FA |
| 3 | Accounts Receivable 90 days old or less   Bank has blanket lien on assets | 26,927.47 | 0.00 | | 0.00 | FA |
| 4 | Accounts Receivable 90 days old or less   Bank has blanket lien on assets | 5,744.44 | 0.00 | | 0.00 | FA |
| 5 | Accounts Receivable 90 days old or less   Bank has blanket lien on assets | 4,966.65 | 0.00 | | 0.00 | FA |
| 6 | Accounts Receivable 90 days old or less   Bank has blanket lien on assets | 133.60 | 0.00 | | 0.00 | FA |
| 7 | Accounts Receivable 90 days old or less   Bank has blanket lien on assets | 4,371.00 | 0.00 | | 0.00 | FA |
| 8 | Accounts Receivable 90 days old or less   Bank has blanket lien on assets | 3,417.11 | 0.00 | | 0.00 | FA |
| 9 | Accounts Receivable 90 days old or less   Bank has blanket lien on assets | 3,514.80 | 0.00 | | 0.00 | FA |
| 10 | assorted platic scrap in inventory in bales | 14,000.00 | 0.00 | | 0.00 | FA |
| 11 | 2 small space heaters | 40.00 | 0.00 | | 0.00 | FA |
| 12 | Frididare coffee maker | 30.00 | 0.00 | | 0.00 | FA |
| 13 | used small microwave | 30.00 | 0.00 | | 0.00 | FA |
| 14 | mini fridg used white | 10.00 | 0.00 | | 0.00 | FA |
| 15 | 6' wooden step ladder | 50.00 | 0.00 | | 0.00 | FA |
| 16 | HP Touchsmart 320 PC-2012   Bank has blanket lien on assets | Unknown | 0.00 | | 0.00 | FA |
| 17 | HP Office Pro 8600 printer-2010   Bank has blanket lien on assets | Unknown | 0.00 | | 0.00 | FA |
| 18 | HP Pavillian PC tower only from 2010   (used as server) | Unknown | 0.00 | | 0.00 | FA |
| 19 | Office desk set large U shape cherry wood look   very good condition   Bank has blanket lien on assets | 1,000.00 | 0.00 | | 0.00 | FA |

Exhibit A

Page: 2

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

**Case Number:** 15-41284
**Case Name:** STR MATERIAL, INC

**Period Ending:** 12/22/17

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE
**Filed (f) or Converted (c):** 12/07/15 (f)
**§341(a) Meeting Date:** 01/04/16
**Claims Bar Date:** 05/02/16

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20 | Lenovo yoga 2 laptop (not working crashed) | Unknown | 0.00 | | 0.00 | FA |
| 21 | 2011 Chevy Traverse LT | 20,000.00 | 13,500.00 | | 13,500.00 | FA |
| 22 | 1998 Caterpillar 5000 lb forklift 3 stage in fair condition with side shaft Bank has blanket lien on assets | 6,500.00 | 0.00 | | 0.00 | FA |
| 23 | 2001 Caterpillar 5000 lb forklift 3 stage in fair condition with side shaft Bank has blanket lien on assets | 8,000.00 | 0.00 | | 0.00 | FA |
| 24 | 10 HP Autogrind plastic grinder in fair condition Bank has blanket lien on assets | 1,000.00 | 0.00 | | 0.00 | FA |
| 25 | material vacuum cyclone 1 1/2 " Bank has blanket lien on assets | 500.00 | 0.00 | | 0.00 | FA |
| 26 | Piqua 20 HP vertical baler older but functional Bank has blanket lien on assets | 5,000.00 | 0.00 | | 0.00 | FA |
| 27 | assorted hand tools (wrench set, screwdriver set craftman drill, other odds and ends) | 300.00 | 0.00 | | 0.00 | FA |
| 28 | steel 4 wheel cart | Unknown | 0.00 | | 0.00 | FA |
| 29 | 1 gal 3 hp craftsman air compressor | 50.00 | 0.00 | | 0.00 | FA |
| 30 | 2 uline 3 step yellow steps | 125.00 | 0.00 | | 0.00 | FA |
| 31 | 2" pacer water pump used | 200.00 | 0.00 | | 0.00 | FA |
| 32 | Preference claim Wisconsin Film and Bag, Inc.  (u) Order approving settlement entered 7/22/16 | 26,203.52 | 6,000.00 | | 6,000.00 | FA |
| 33 | Federal tax refund  (u) | 1,594.00 | 1,594.00 | | 1,594.00 | FA |
| 34 | Preference Claim Enpol  (u) | 15,000.00 | 15,000.00 | | 15,000.00 | FA |
| 34 | **Assets**    **Totals** (Excluding unknown values) | **$158,274.87** | **$36,094.00** | | **$36,094.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Chase Bank has blanket lien on assets (recorded UCC filing obtained).  Originally was listed on Debtor's schedule F but was moved to Schedule D.

Trustee attempting to obtain pre-petition tax returns from Debtor's former accoutant and to verify 2015 return was filed.  Trustee's accountant to perpare estate tax returns.

Exhibit A

# Form 1

Page: 3

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-41284

**Case Name:** STR MATERIAL, INC

**Period Ending:** 12/22/17

**Trustee:** (330640)   THOMAS E. SPRINGER, TRUSTEE

**Filed (f) or Converted (c):** 12/07/15 (f)

**§341(a) Meeting Date:** 01/04/16

**Claims Bar Date:** 05/02/16

| 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br><br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br>Abandoned<br>OA=§554(a) | 5<br><br>Sale/Funds<br>Received by<br>the Estate | 6<br><br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- |

**Initial Projected Date Of Final Report (TFR):**     June 15, 2017          **Current Projected Date Of Final Report (TFR):**     December 19, 2017  (Actual)

Exhibit B

## Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 15-41284
**Case Name:** STR MATERIAL, INC

**Taxpayer ID #:** **-***6903
**Period Ending:** 12/22/17

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)
**Bank Name:** Rabobank, N.A.
**Account:** ****080766 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/21/16 | {21} | Martin Auction Services LLC Escrow | Settlement Payment | 1129-000 | 13,500.00 | | 13,500.00 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 13,490.00 |
| 08/16/16 | 101 | Bank of America | pay-off for 2011 Chevy Traverse sold at auction | 4210-000 | | 6,071.11 | 7,418.89 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.67 | 7,400.22 |
| 09/19/16 | {32} | WFB Recycling Center, LLC | Settlement of preference adversary | 1241-000 | 6,000.00 | | 13,400.22 |
| 09/30/16 | {33} | STR Material, Inc. | Turnover Tax Refund | 1224-000 | 1,594.00 | | 14,994.22 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.76 | 14,980.46 |
| 10/21/16 | 102 | Martin Auction Services, LLC | commission from auction pursuant to Order entered 10/14/16 | 3610-000 | | 1,350.00 | 13,630.46 |
| 10/21/16 | 103 | Martin Auction Services, LLC | expenses from auction pursuant to Order entered 10/14/16 | 3620-000 | | 250.00 | 13,380.46 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.76 | 13,359.70 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.12 | 13,338.58 |
| 12/09/16 | {34} | Enpol | Settlement Payment | 1241-000 | 15,000.00 | | 28,338.58 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.19 | 28,304.39 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.41 | 28,260.98 |
| 02/03/17 | 104 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2017 FOR CASE #15-41284, Bond #016073584 | 2300-000 | | 9.80 | 28,251.18 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.92 | 28,213.26 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.93 | 28,171.33 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.81 | 28,133.52 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.51 | 28,089.01 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.40 | 28,048.61 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.99 | 28,009.62 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.31 | 27,965.31 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.88 | 27,926.43 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.84 | 27,883.59 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.10 | 27,843.49 |

| | | | ACCOUNT TOTALS | | 36,094.00 | 8,250.51 | $27,843.49 |
|---|---|---|---|---|---|---|---|
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **36,094.00** | **8,250.51** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$36,094.00** | **$8,250.51** | |

{} Asset reference(s)

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:**  15-41284

**Case Name:**  STR MATERIAL, INC

**Taxpayer ID #:**  **-***6903

**Period Ending:**  12/22/17

**Trustee:**  THOMAS E. SPRINGER, TRUSTEE (330640)

**Bank Name:**  Rabobank, N.A.

**Account:**  ****080766 - Checking Account

**Blanket Bond:**  $5,000,000.00  (per case limit)

**Separate Bond:**  N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

| | | | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | | | | |
| **Checking # ****080766** | | | 36,094.00 | 8,250.51 | 27,843.49 |
| | | | $36,094.00 | $8,250.51 | $27,843.49 |

{} Asset reference(s)

Printed: 12/22/2017 01:05 PM    V.13.30

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER     Claims Bar Date: May 2, 2016

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** 15-41284 | | | Page: 1 | | **Date:** December 22, 2017 | |
| **Debtor Name:** STR MATERIAL, INC | | | | | **Time:** 01:05:53 PM | |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | THOMAS E. SPRINGER, TRUSTEE<br>300 S. County Farm Rd., Ste.I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $4,359.40 | $0.00 | 4,359.40 |
| 200 | Clerk of the US Bankruptcy Court<br>219 S. Dearborn Street<br>Chicago, IL 60604 | Admin Ch. 7 | Adversary Filing Fee; 16-00410 | $350.00 | $0.00 | 350.00 |
| 200 | LOIS WEST, CPA<br>Kutchins, Robbins, & Diamond, Ltd.<br>1101 Perimeter Drive, Ste. 760<br>Schaumburg, IL 60173 | Admin Ch. 7 | | $1,045.50 | $0.00 | 1,045.50 |
| ATTYEXP<br>200 | THOMAS E. SPRINGER<br>SPRINGER BROWN, LLC<br>300 S. County Farm Rd., Ste I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $230.04 | $0.00 | 230.04 |
| ATTYFEES<br>200 | THOMAS E. SPRINGER<br>SPRINGER BROWN, LLC<br>300 S. County Farm Rd., Ste I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $10,267.50 | $0.00 | 10,267.50 |
| 13<br>100 | Bank of America, N.A.<br>PO BOX 31785<br>Tampa, FL 33631-3785 | Secured | Order disallowing claim entered 12/15/17 | $0.00 | $0.00 | 0.00 |
| 1<br>610 | Nolan Transportation<br>75 Remittance Drive<br>Dept 3132<br>Chicago, IL 60675-3132 | Unsecured | | $2,450.00 | $0.00 | 2,450.00 |
| 2<br>610 | L&P Financial Services Co.<br>Attn: Sandy Nordell<br>#1 Leggett Road<br>Carthage, MO 64836 | Unsecured | | $280.58 | $0.00 | 280.58 |
| 3<br>610 | Groot Industries<br>500 Landmeier Rd<br>Elk Grove Vlg, IL 60007 | Unsecured | | $458.16 | $0.00 | 458.16 |
| 4<br>610 | Becher Plastics<br>PO Box 361<br>Appleton, WI 54912 | Unsecured | | $113,974.35 | $0.00 | 113,974.35 |
| 5<br>610 | Acme Industrial Technologies<br>1100N. Villa Avenue<br>Villa Park, IL 60181 | Unsecured | | $850.00 | $0.00 | 850.00 |
| 6<br>610 | D & M Recycling/ Dean Nugent<br>841 Second Ave S.W.<br>Onalaska, WI 54650 | Unsecured | | $54,031.07 | $0.00 | 54,031.07 |
| 7<br>610 | US Scrap Management<br>2315 82nd Street<br>1st Floor<br>Brooklyn, NY 11214 | Unsecured | | $36,333.11 | $0.00 | 36,333.11 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER   Claims Bar Date: May 2, 2016

**Case Number:** 15-41284  
**Debtor Name:** STR MATERIAL, INC

Page: 2

**Date:** December 22, 2017  
**Time:** 01:05:53 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 8 610 | Southern Lakes Recycle 220 S. Broad Street Elkhorn, WI 53121 | Unsecured | | $106,217.50 | $0.00 | 106,217.50 |
| 9 610 | Nicor gas po box 549 Aurora, IL 60507 | Unsecured | | $231.88 | $0.00 | 231.88 |
| 10 610 | U.S. Bank, N.A. d/b/a U.S. Bank Equipment Finance 1310 Madrid Street Marshall, MN 56258 | Unsecured | Amended claim filed for deficiency balance | $46,788.60 | $0.00 | 46,788.60 |
| 11 610 | JPMorgan Chase Bank, N.A. Lauren Newman Thompson Coburn LLP 55 E Monroe Street 37th Floor Chicago, IL 60603 | Unsecured | | $147,366.43 | $0.00 | 147,366.43 |
| 12 610 | Hendricks Commercial Properties 525 Third Street Ste 300 Beloit, WI 53511 | Unsecured | | $58,048.93 | $0.00 | 58,048.93 |
| **<< Totals >>** | | | | 583,283.05 | 0.00 | 583,283.05 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.:  15-41284
Case Name: STR MATERIAL, INC
Trustee Name: THOMAS E. SPRINGER, TRUSTEE

**Balance on hand:**                         $            27,843.49

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 13 | Bank of America, N.A. | 6,014.13 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $              0.00
Remaining balance:                        $          27,843.49

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS E. SPRINGER, TRUSTEE | 4,359.40 | 0.00 | 4,359.40 |
| Attorney for Trustee, Fees - THOMAS E. SPRINGER | 10,267.50 | 0.00 | 10,267.50 |
| Attorney for Trustee, Expenses - THOMAS E. SPRINGER | 230.04 | 0.00 | 230.04 |
| Accountant for Trustee, Fees - LOIS WEST, CPA | 1,045.50 | 0.00 | 1,045.50 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |

Total to be paid for chapter 7 administration expenses:   $        16,252.44
Remaining balance:                                        $        11,591.05

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $          0.00
Remaining balance:                                           $        11,591.05

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 11,591.05 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 567,030.61 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Nolan Transportation | 2,450.00 | 0.00 | 50.08 |
| 2 | L&P Financial Services Co. | 280.58 | 0.00 | 5.74 |
| 3 | Groot Industries | 458.16 | 0.00 | 9.37 |
| 4 | Becher Plastics | 113,974.35 | 0.00 | 2,329.82 |
| 5 | Acme Industrial Technologies | 850.00 | 0.00 | 17.38 |
| 6 | D & M Recycling/ Dean Nugent | 54,031.07 | 0.00 | 1,104.48 |
| 7 | US Scrap Management | 36,333.11 | 0.00 | 742.71 |
| 8 | Southern Lakes Recycle | 106,217.50 | 0.00 | 2,171.26 |
| 9 | Nicor gas | 231.88 | 0.00 | 4.74 |
| 10 | U.S. Bank, N.A. d/b/a U.S. Bank Equipment Finance | 46,788.60 | 0.00 | 956.44 |
| 11 | JPMorgan Chase Bank, N.A. | 147,366.43 | 0.00 | 3,012.41 |
| 12 | Hendricks Commercial Properties | 58,048.93 | 0.00 | 1,186.62 |

|  | Total to be paid for timely general unsecured claims: | $ | 11,591.05 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------|--------------------------|------------------|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $ 0.00

Remaining balance:   $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------|--------------------------|------------------|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance:   $ 0.00

**UST Form 101-7-TFR (05/1/2011)**