UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **STR MATERIAL, INC** | ) | Bankruptcy Case No. 15-41284 JSB |
| | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 29, 2017, I served by prepaid first class mail or via electronic service as indicated a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

**VIA ECF SERVICE**

Patrick S. Layng
US Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

JOSEPH WROBEL
105 W MADISON
SUITE 700
Chicago, IL 60602

**VIA REGULAR MAIL**

STR MATERIAL, INC
225 WILLINGTON WAY
OSWEGO, IL 60543

LOIS WEST, CPA
Kutchins, Robbins, & Diamond, Ltd.
35 E. Wacker Drive, Suite #1550
Chicago, IL 60601

Nolan Transportation
75 Remittance Drive
Dept 3132
Chicago, IL 60675-3132

Nicor gas
po box 549
Aurora, IL 60507

U.S. Bank, N.A. d/b/a U.S. Bank Equipment Finance
1310 Madrid Street
Marshall, MN 56258

Bank of America, N.A.
PO BOX 31785
Tampa, FL 33631-3785

JPMorgan Chase Bank, N.A.
Lauren Newman Thompson Coburn LLP
55 E Monroe Street 37th Floor
Chicago, IL 60603

Hendricks Commercial Properties
525 Third Street Ste 300
Beloit, WI 53511

L&P Financial Services Co.
Attn: Sandy Nordell
#1 Leggett Road
Carthage, MO 64836

Groot Industries
500 Landmeier Rd
Elk Grove Vlg, IL 60007

Becher Plastics
PO Box 361
Appleton, WI 54912

Direct Loan Servicing Center
PO BOX 5609
Greenville, TX 75403-5609

Acme Industrial Technologies
1100N. Villa Avenue
Villa Park, IL 60181

D & M Recycling/ Dean Nugent
841 Second Ave S.W.
Onalaska, WI 54650

US Scrap Management
2315 82nd Street
1st Floor
Brooklyn, NY 11214

Southern Lakes Recycle
220 S. Broad Street
Elkhorn, WI 53121

/s/ THOMAS E. SPRINGER, TRUSTEE
THOMAS E. SPRINGER, Trustee
300 S. County Farm Rd., Ste.I
Wheaton, IL 60187
Phone: 630-510-0000